**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

**Dated: March 25, 2010**



_____
**RANDOLPH J. HAINES
U.S. Bankruptcy Judge**
_____

# IN THE UNITED STATES BANKRUPTCY COURT
# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>DOUGLAS J. COZEN AND LORI D. COZEN,<br><br>Debtors. | Chapter 7 Proceeding<br><br>Case No.: 2:10-bk-01196-RJH |
| M&I MARSHALL & ILSLEY BANK,<br><br>Movant,<br><br>vs.<br><br>DOUGLAS J. COZEN AND LORI D. COZEN, DEBTORS; AND JILL H. FORD, CHAPTER 7 TRUSTEE,<br><br>Respondents. | **ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**<br><br>(Order Concerns: Real Property; Located at 24679 N. 124th St. Scottsdale, AZ 85262) |

Movant, M&I Marshall and Ilsley Bank having filed a <u>Motion For Relief From The Automatic Stay Pursuant To §362(d)(1)</u> (the "Motion For Relief") and served a Notice of the Motion For Relief as required by Local Bankruptcy Rule 4001-1, no timely written objections to the Motion For Relief having been filed and for other good cause appearing;

IT IS HEREBY ORDERED ADJUDGED AND DECREED terminating any and all applicable stays and injunctions, including the automatic stay of 11 U.S.C. § 362(a), as it is applicable to M&I Marshall & Ilsley Bank with respect to the real property of Douglas J. Cozen and Lori D. Cozen, (the "Debtors") which is located at 24679 N. 124th Street, Scottsdale, AZ and

is legally described as:

>LOT 37, SERENO CANYON PH ASE 1, ACCORDING TO BO OK 910 OF MAPS, PAGE 16, RECORDS OF COCONINO COUNTY, ARIZONA.
>
>APNS: 217-01-015B, 217-01-016a, 217-01- 016B, 217-01-019, 217-01-020A, 217-01-020B, 217-01-023B, 217-01-024A, 217-01-024B (COVERS MORE)

(the "Property") to allow M&I Marshall & Ilsley Bank to exercise its state law rights and rem edies, including, without limitation, conducting a non-judicial trustee's foreclosure sale of the Property.

**Signed and dated above.**