```
                                    IT IS HEREBY ADJUDGED
                                    and DECREED this is SO
                                    ORDERED.
```


The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

**Dated: April 08, 2010**

**TIFFANY & BOSCO**
P.A.

2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

_____
**RANDOLPH J. HAINES**
U.S. Bankruptcy Judge
_____

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-01833

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Lori Cozen, Douglas J. Cozen<br>        Debtors.<br>―――――――――――――――<br>PNC Mortgage, a division of PNC Bank N.A.<br>        Movant,<br>   vs.<br>Lori Cozen, Douglas J. Cozen, Debtors, Jill H. Ford, Trustee.<br>        Respondents. | No. 2:10-bk-01196-RJH<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #26) |

     Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

     IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated July 23, 2007 and recorded in the office of the Maricopa County Recorder wherein PNC Mortgage, a division of PNC Bank N.A. is the current beneficiary and Lori Cozen, Douglas J. Cozen have an interest in, further described as:

> COMMENCING AT THE CENTER OF SECTION 18, TOWNSHIP 5 NORTH, RANGE 6 EAST, THENCE SOUTHERLY ALONG THE NORTH-SOUTH MIDSECTION LINE ON A BEARING OF SOO-OO-IOE A DISTANCE OF 440.14 FEET TO THE NORTHWEST CORNER OF PARCEL 3 AND THE TRUE POINT OF BEGINNING,
>
> THENCE EASTERLY ON A BEARING OF N89-5S-46E A DISTANCE OF 395.78 FEET TO THE NORTHEAST CORNER OF PARCEL 3,
>
> THENCE SOUTHERLY ON A BEARING OF SOO-OO-27W A DISTANCE OF 220.07 FEET TO THE SOUTHEAST CORNER OF PARCEL 3,
>
> THENCE WESTERLY ON A BEARING OF S89-5S-40W A DISTANCE OF 395.74 FEET TO THE SOUTHWEST CORNER OF PARCEL 3,
>
> THENCE NORTHERLY ALONG THE MIDSECTION LINE ON A BEARING OF N00-00-l0W A DISTANCE OF 220.0S FEET TO THE TRUE POINT OF BEGINNING.
>
> SAID PARCEL IS ALSO KNOWN AS A PORTION OF PARCEL 11, SUNRISE DESERT VISTAS, ACCORDING TO RECORD OF LAND SURVEY FILED IN BOOK 503 OF MAPS, PAGE 13, MARICOPA COUNTY, ARIZONA.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.