**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

**Dated: April 27, 2010**



_Randolph J. Haines_
RANDOLPH J. HAINES
U.S. Bankruptcy Judge

---

# IN THE UNITED STATES BANKRUPTCY COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>DOUGLAS J. COZEN AND LORI D. COZEN,<br><br>Debtors. | Chapter 7 Proceeding<br><br>Case No.: 2:10-bk-01196-RJH |
| M&I MARSHALL & ILSLEY BANK,<br><br>Movant,<br><br>vs.<br><br>DOUGLAS J. COZEN AND LORI D. COZEN, DEBTORS; AND JILL H. FORD, CHAPTER 7 TRUSTEE,<br><br>Respondents. | **AMENDED ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**<br><br>(Order Concerns: Real Property; Located at 24679 N. 124th St. Scottsdale, AZ 85262) |

Movant, M&I Marshall and Ilsley Bank having filed a <u>Motion For Relief From The Automatic Stay Pursuant To §362(d)(1)</u> (the "Motion For Relief") and served a Notice of the Motion For Relief as required by Local Bankruptcy Rule 4001-1, no timely written objections to the Motion For Relief having been filed and for other good cause appearing;

IT IS HEREBY ORDERED ADJUDGED AND DECREED terminating any and all applicable stays and injunctions, including the automatic stay of 11 U.S.C. § 362(a), as it is applicable to M&I Marshall & Ilsley Bank with respect to the real property of Douglas J. Cozen and Lori D. Cozen, (the "Debtors") which is located at 24679 N. 24th Street, Scottsdale, AZ and is

| | |
|---|---|
| 1 | legally described as: |
| 2 | LOT 37, SERENO CANYON PHASE 1, ACCORDING TO BOOK 910 OF MAPS, PAGE |
| 3 | 16, RECORDS OF MARICOPA COUNTY, ARIZONA. |
| 4 | APNS: 217-01-015B, 217-01-016a, 217-01-016B, 217-01-019, 217-01-020A, 217-01-020B, |
| 5 | 217-01-023B, 217-01-024A, 217-01-024B (COVERS MORE) |
| 6 | (the "Property") to allow M&I Marshall & Ilsley Bank to exercise its state law rights and remedies, |
| 7 | including, without limitation, conducting a non-judicial trustee's foreclosure sale of the Property. |
| 9 | **Signed and dated above.** |